UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gilberto Dominguez Solis,                                          Civ. No. 25-3123 (PAM/DJF)

                Petitioner,

v.                                                                                                   **ORDER**

Tracey Beltz, Warden,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster dated September 30, 2025. (Docket No. 9.) The R&R recommends denying Petitioner Gilberto Dominguez Solis's Petition for Writ of Habeas Corpus. (Docket No. 1.) For the following reasons, the Court adopts the R&R.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Solis filed a Memorandum of Law in Support of Response to Recommendations, which the Court construes as objections to the R&R. (Docket No. 11.) Solis reraises arguments he raised before the Magistrate Judge. Liberally construing Solis's objections, he fails to provide any factual or legal basis on which to overturn the R&R's sound reasoning. See Estelle v. Gamble, 429 U.S. 97, 106 (1976). Thus, the Court reviews the R&R for clear error.

The full background is set forth in the R&R and the Court need not revisit it here. As the R&R thoroughly analyzed, Solis fails to demonstrate that he exhausted his state-

court remedies. The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

The Court denies a certificate of appealability because Solis has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(1)(B), (c)(2).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court **ADOPTS** the R&R (Docket No. 9);

2. Petitioner Gilberto Dominguez Solis's Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

3. This matter is **DISMISSED without prejudice**; and

4. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 26, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge